UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

        Plaintiff,

vs.

                                             **Case No. 1:22-cv-06754-EK-RML**

ALVA PARTNERSHIP,
*a General Partnership*,

        Defendant.
-------------------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims with each party to bear its respective fees and costs.

Dated: June 16, 2023

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Louis I. Mussman*           . | */s/ Alfred Polizzotto, III*           . |
| Louis I. Mussman (5536685) | Alfred & Polizzotto, III, (AP0891) |
| Ku & Mussman, P.A. | Polizzotto & Polizzotto, LLC |
| 18501 Pines Blvd, Suite 209-A | 6911 18th Avenue |
| Pembroke Pines, FL 33029 | Brooklyn, New York 11204 |
| Tel: (305) 891-1322 | Tel: (718) 232-1250 |
| louis@kumussman.com | ap3@polizzotto.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Alfred & Polizzotto, III, (AP0891)
Polizzotto & Polizzotto, LLC
6911 18th Avenue
Brooklyn, New York 11204
ap3@polizzotto.com

                                              By: */s/Louis I. Mussman*          .
                                                   Louis I. Mussman (5536685)